**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE | : | NO. 488 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 21st JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 21st Judicial District (Schuylkill County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial District Courts 21-3-01 and 21-3-07 within Schuylkill County as they currently exist, to be effective immediately; and for the realignment of Magisterial District Courts 21-2-01, 21-3-03, 21-3-04, 21-3-05, and 21-3-06, to be effective November 1, 2022, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 21-2-01 | Ashland Borough |
| Magisterial District Judge Edward J. Tarantelli | Butler Township |
| | Delano Township |
| | Frackville Borough |
| | Girardville Borough |
| | Gordon Borough |
| | Kline Township |
| | McAdoo Borough |
| | North Union Township |
| | Ringtown Borough |
| | Ryan Township |
| | Union Township |

| | |
|---|---|
| Magisterial District 21-3-01<br>Magisterial District Judge David A. Plachko | Blythe Township<br>East Norwegian Township<br>Mechanicsville Borough<br>Middleport Borough<br>Minersville Borough<br>New Castle Township<br>New Philadelphia Borough<br>Norwegian Township<br>Palo Alto Borough<br>Port Carbon Borough<br>Saint Clair Borough<br>Schuylkill Township |
| Magisterial District 21-3-03<br>Magisterial District Judge [Vacant] | Auburn Borough<br>Cressona Borough<br>Deer Lake Borough<br>East Brunswick Township<br>Landingville Borough<br>New Ringgold Borough<br>North Manheim Township<br>Orwigsburg Borough<br>Port Clinton Borough<br>Schuylkill Haven Borough<br>South Manheim Township<br>Walker Township<br>West Brunswick Township<br>West Penn Township |
| Magisterial District 21-3-04<br>Magisterial District Judge David J. Rossi | Barry Township<br>Branch Township<br>Cass Township<br>Eldred Township<br>Foster Township<br>Frailey Township<br>Hegins Township<br>Hubley Township<br>Pine Grove Borough<br>Pine Grove Township<br>Porter Township<br>Reilly Township<br>Tower City Borough<br>Tremont Borough<br>Tremont Township<br>Upper Mahantongo Township<br>Washington Township<br>Wayne Township |

Magisterial District 21-3-05  
Magisterial District Judge Anthony J. Kilker

East Union Township  
Gilberton Borough  
Mahanoy City Borough  
Mahanoy Township  
Shenandoah Borough  
West Mahanoy Township

Magisterial District 21-3-06  
Magisterial District Judge Stephen J. Bayer

Coaldale Borough  
Rush Township  
Tamaqua Borough

Magisterial District 21-3-07  
Magisterial District Judge James K. Reiley

Mount Carbon Borough  
City of Pottsville